```
1  SIDNEY J. COHEN, ESQ., State Bar No.  39023
   SIDNEY J. COHEN PROFESSIONAL CORPORATION
2  427 Grand Avenue
   Oakland, CA  94610
3  Telephone: (510) 893-6682
   Facsimile:    (510) 893-9450
4
   Attorneys for Plaintiff
5  HOLLYNN DELIL
```

6                       UNITED STATES DISTRICT COURT

7                      NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 8   HOLLYNN DELIL | CASE NO.  C 06 05914 SI |
|    | <u>Civil Rights</u> |
| 9          Plaintiff, | |
|    v. | |
| 10 | |
|    VILLAGE BAKERY; PAUL W. | **STIPULATION AND ORDER** |
| 11 SCHOFIELD;ITS REAL | **FOR DISMISSAL** |
|    BREAD.COM INC.; ROMAN | |
| 12 FAMILY LIVING TRUST;and DOES | FRCP 41 (a) (1) (ii) |
|    1-25, Inclusive, | |
| 13 | |
|            Defendants. | |
| 14 _____/ | |

15    Plaintiff Hollyn Delil and defendants Village Bakery, Paul W. Schofield, Its Real

16 Bread.Com, Inc., and Roman Family Living Trust, by and through their attorneys of record, file

17 this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41 (a) (1) (ii).

18    Plaintiff filed this lawsuit  on September 25, 2006 .

19    Plaintiff  and defendants  have entered into a "Mutual Release And Settlement

20 Agreement" which settles all aspects of the lawsuit against all defendants. A copy of the

21 "Mutual Release And Settlement Agreement"  is  incorporated by reference herein as if set forth

22 in full. Plaintiff  and defendants stipulate to the court retaining jurisdiction to enforce the

23 "Mutual Release And Settlement Agreement."

24    Plaintiff  moves to dismiss with prejudice the lawsuit against defendants.

25    Defendants, who have answered the complaint, agree to the dismissal with prejudice.

26    This case is not a class action, and no receiver has been appointed.

27    This Stipulation and Order may be signed in counterparts, and facsimile signatures shall

28 be as valid and binding as original signatures.

Stipulation And Order Of Dismissal                      -1-

Wherefore, plaintiff and defendants, by and through their attorneys of record, so stipulate.

Date:  6/18/07         SIDNEY J. COHEN
                       PROFESSIONAL CORPORATION

                       /s/ Sidney J. Cohen
                       _____
                       Sidney J. Cohen
                       Attorney for Plaintiff Hollyn Delil

Date:  6/15/07         LAW OFFICE OF THOMAS O'HAGAN

                       /s/ Nancy Sullivan Walker
                       _____
                       Nancy Sullivan Walker
                       Attorney for Defendants Village Bakery,
                       Paul W. Schofield, and Its Real
                       Bread.Com, Inc

Date:  6/18/07         McMILLAN & SHUREEN

                       /s/ D. Douglas Shureen
                       _____
                       D. Douglas Shureen
                       Attorney for Roman Family Living Trust

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:

The lawsuit against defendants is dismissed with prejudice. The Court shall retain jurisdiction to enforce the parties' "Mutual Release And Settlement Agreement."

Date:  06/20/07
                       _____
                       Honorable Susan Illston
                       United States District Court Judge

Stipulation And Order Of Dismissal                -2-